UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
MICHAEL PARIS et al.,                   )
                                        )
        Plaintiffs,                     )
                                        )
v.                                      )        Civil Action No. 13-10669-LTS
                                        )
ZUCCO ELECTRICAL CORP. et al.,          )
                                        )
        Defendants.                     )
_____)

ORDER ON DEFENDANT ZUCCO ELECTRICAL CORPORATION'S
MOTION FOR SUMMARY JUDGMENT

October 10, 2014

SOROKIN, J.

    After careful review of the parties' factual submissions and legal arguments, the Court

finds that genuine issues of material fact exist. Accordingly, the pending motion for summary

judgment (Doc. No. 45) is DENIED.

    The Court will hold an Initial Pretrial Conference on October 30, 2014 at 3:15 p.m. At

least three days in advance of that conference, the parties shall file a joint report addressing the

following: 1) their estimate as to the probable length of trial; 2) whether they wish to pursue

mediation in this matter; and 3) whether all parties (without identifying the individual position of

any party) consent to the exercise of jurisdiction by the United States Magistrate Judge assigned

to this case. The refusal to consent will result in no adverse substantive consequence.

                                SO ORDERED.

                                 /s/ Leo T. Sorokin_____
                                Leo T. Sorokin
                                United States District Judge